# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKERTING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>**Laboeuf, Tammy obo the Estate of Lisa Marie Beasley-Leboeuf** | **MDL DOCKET NO. 2738**<br><br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH**<br><br>**DOCKET NO.: 3:20-cv-19210** |

## DISMISSAL WITH PREJUDICE

**COMES NOW Plaintiff, Laboeuf, Tammy obo the Estate of Lisa Marie Beasley-Leboeuf**, by and through counsel, and hereby requests that all claims be dismissed against **Defendant**, **Personal Care Products Council**, with prejudice. Plaintiff, Laboeuf, Tammy obo the Estate of Lisa Marie Beasley-Leboeuf and Defendant each to bear their own costs.

Date: October 9, 2025

| | |
|---|---|
| **Attorney for Plaintiff, Laboeuf, Tammy obo the Estate of Lisa Marie Beasley-Leboeuf**<br><br>By: */s/ Arati Furness, Esquire*<br>          **Arati Furness**, Esquire<br><br>**NACHAWATI LAW GROUP**<br>*f/k/a* FEARS NACHAWATI, PLLC<br>5489 Blair Rd.<br>Dallas, TX 75231<br>Tel: (214) 890-0711<br>E: afurness@ntrial.com | **Attorney for Defendants, Personal Care Products Council**<br><br>By: /s/ *Suzanne T. Turpin, Esquire*<br>          **Suzanne I Turpin**, Esquire<br><br>**REILLY, MCDEVITT, HENRICH P.C.**<br>3 Executive Campus Ste. 310<br>Cherry Hill, NJ 08002<br>Tel: (856) 317-7180<br>E: sturpin@rmh-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 9, 2025,** a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Suzanne I. Turpin, Esquire*
**Suzanne I. Turpin, Esqu**